UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DETRICK CULLUM,<br><br>            Plaintiff,<br><br>      v.<br><br>LIEUTENANT PROVENCE;<br>LIEUTENANT BROWN;<br>SERGEANT/LIEUTENANT BROWDER;<br>SERGEANT BUTLER; SERGEANT<br>BRIDEWELL; JEFFERSON COUNTY,<br>ILLINOIS; SAVATORE GODINEZ; and<br>SPRINGFIELD, ILLINOIS,<br>ADMINISTRATIVE REVIEW BOARD,<br><br>            Defendants. | Case No. 12-cv-1146-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 52) of Magistrate Judge Philip M. Frazier recommending that the Court deny the motions for preliminary injunctive relief filed by plaintiff Detrick Cullum (Docs. 43, 46 & 48).

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation.   Fed. R. Civ. P. 72(b)(3).   The Court must review *de novo* the portions of the report to which objections are made. *Id.*   "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error."   *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report.   The Court has reviewed the entire file and finds that the Report is not clearly erroneous.   Accordingly, the Court:

- **ADOPTS** the Report in its entirety (Doc. 52); and

- **DENIES without prejudice** Collum's motions for preliminary injunctive relief (Docs. 43, 46 & 48).

**IT IS SO ORDERED.**
**DATED:   November 14, 2013**

s/J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**
