UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DETRICK CULLUM,

    Plaintiff,

v.

LIEUTENANT PROVENCE; LIEUTENANT BROWN; SERGEANT/LIEUTENANT BROWDER; SERGEANT BUTLER; SERGEANT BRIDEWELL; JEFFERSON COUNTY, ILLINOIS; SAVATORE GODINEZ; and SPRINGFIELD, ILLINOIS, ADMINISTRATIVE REVIEW BOARD,

    Defendants.

Case No. 12-cv-1146-JPG-PMF

## MEMORANDUM AND ORDER

This matter comes before the Court on plaintiff Detrick Cullum's motion to voluntarily dismiss his claims against defendant Scott Bridewell (Doc. 73) pursuant to Federal Rule of Civil Procedure 41(a)(2). Rule 41(a)(2) provides that only the Court may dismiss an action after an adverse party has filed an answer or motion for summary judgment and in the absence of a stipulation of dismissal of an entire case signed by all the parties. No party has objected to the dismissal of Bridewell from this case. The Court has reviewed the motion and determined that dismissal of the claims against Bridewell is appropriate. Accordingly, the Court **GRANTS** the motion to dismiss (Doc. 73), **DISMISSES without prejudice** the claims in this case against Bridewell and **DIRECTS** the Clerk of Court to enter judgment accordingly at the close of the case. Bridewell is terminated from this case.

**IT IS SO ORDERED.**
**DATED:  July 31, 2014**

                                          s/ J. Phil Gilbert
                                          **J. PHIL GILBERT**
                                          **DISTRICT JUDGE**