UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DETRICK CULLUM,<br><br>      Plaintiff,<br><br>      v.<br><br>LIEUTENANT PROVENCE;<br>LIEUTENANT BROWN;<br>SERGEANT/LIEUTENANT BROWDER;<br>SERGEANT BUTLER; SERGEANT<br>BRIDEWELL; JEFFERSON COUNTY,<br>ILLINOIS; SAVATORE GODINEZ; and<br>SPRINGFIELD, ILLINOIS,<br>ADMINISTRATIVE REVIEW BOARD,<br><br>      Defendants. | Case No. 12-cv-1146-JPG |

**MEMORANDUM AND**
**ORDER TO SHOW CAUSE**

This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 79) of Magistrate Judge Philip M. Frazier recommending that the Court deny plaintiff Detrick Cullum's motion for a preliminary injunction and an order of protection (Doc. 78).

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report. The Court has reviewed the entire file and finds that the Report is not clearly erroneous. Accordingly, the Court:

- **ADOPTS** the Report in its entirety (Doc. 79); and

- **DENIES without prejudice** Cullum's motions for a preliminary injunction and an order of protection (Doc. 78).

Additionally, the Court further **ORDERS** Cullum to **SHOW CAUSE** on or before October 3, 2014, why the Court should not dismiss this case for failure to timely pay the entire $6.68 initial partial filing fee assessed on November 16, 2012, pursuant to 28 U.S.C. § 1915(b)(1) (Doc. 4). Payment of the entire balance due or a showing of no assets or means to pay (including a statement of trust fund transactions/balances for the entire period this case has been pending) shall be an acceptable response to this order to show cause.

**IT IS SO ORDERED.**
**DATED:   September 10, 2014**

                                          s/J. Phil Gilbert
                                          **J. PHIL GILBERT**
                                          **DISTRICT JUDGE**